UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APRIL TANTER<br>7113 Ora Gun Court<br>Greenbelt, MD 20770<br><br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, D.C.<br><br>GALE NORTON<br>1849 C Street, NW<br>Washington, D.C.<br><br>NATIONAL BUSINESS CENTER<br>1849 C Street, NW<br>Washington, DC<br><br>      Defendants. | Civil Action No. |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The United States Attorney General, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, and 2679(d)(2). In support of that notice, the Attorney General states as follows:

1. Gale Norton, the Department of the Interior, and the National Business Center are the defendants in the civil action now pending in the Superior Court of the District of Columbia, Civil Action No. 05-0008020, entitled <u>April Tanter v. Department of the Interior, Gale Norton and National Business Center</u>.

2. The above entitled action was filed on October 4, 2005 and there is an Initial Conference scheduled for January 13, 2006. A copy of the complaint is attached hereto.

3. Plaintiff is an employee of the National Park Service at the Department of the Interior. Plaintiff's complaint alleges that she was attacked by an employee of the National Business Center in the parking garage where they had assigned parking. She alleges that subsequently, she was subject to a hostile work environment due to the sexual assault and that the defendants were negligent in failing to protect the plaintiff from any further contact with that employee.

4. On the basis of the complaint, R. Craig Lawrence, Acting Chief of the Civil Division, United States Attorney's Office for the District of Columbia, acting pursuant to delegated authority, has certified pursuant to 28 U.S.C. § 2679(d)(2) that Ms. Norton was acting within the scope of her office of employment at that time of the alleged incidents. Pursuant to 28 U.S.C. §2679(d)(1), the United States shall now, be substituted for Ms. Norton in this action and the case removed to District Court.

5. Plaintiff's complaint alleges a cause of action against an official and agencies of the United States government for which the District Court has original jurisdiction. Accordingly, 28 U.S.C. §§ 1441 and 1442(a) provides additional bases for removal of this action.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court.

Respectfully Submitted,

*/s/ Kenneth L. Wainstein*
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney

*/s/ R. Craig Lawrence*
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

*/s/ Madelyn E. Johnson*
MADELYN E. JOHNSON D.C. BAR #
Assistant United States Attorney
555 4th Street, N.W., Room E4118
Washington, D.C. 20530
(202) 514-7135



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
CIVIL DIVISION            RECEIVED

838906                  05 OCT 12 AM 11:59

APRIL TANTER
   Vs.                                    C.A. No. 05-CA-008020 B
DEPARTMENT OF THE INTERIOR         OFFICE OF THE EXECUTIVE SECRETARIAT

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge NEAL E. KRAVITZ
Date:        October 4, 2005
Initial Conference: 9:30 am, Friday, January 13, 2006
Location:   Courtroom 415
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

Caio-60.doc

CA Form 1

# Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

April Tanter
_____
           *Plaintiff*

vs.

Diptment of the Interior et al
_____
           *Defendant*

05-0008020

Civil Action No. _____

Serve Gale Norton

**SUMMONS**

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

April Tanter
_____
Name of Plaintiff's Attorney

7113 Ora Glen Court
_____
Address
Greenbelt, MD 20770

240-305-4817
_____
Telephone

By _____
           Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.    10-31-05

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

**Plaintiff**

x April Tanter
7113 ORA Glen Court
Greenbelt, MD 20770

vs.

Deptment of the Interior Hal
1849 C. Street N.W. Washington

**Defendants**

Gale Norton
1849 C. Street NW, Washington, DC

National Business Center
1849 C. Street, NW. Washington, DC.

→ Serve Gale Norton

**COMPLAINT**

Civil Action No. 05-0008020

RECEIVED CIVIL CLERK'S OFFICE OCT 0 4 2005 SUPERIOR COURT OF THE DISTRICT OF COLUMBIA WASHINGTON, DC

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

Hostile work environment: "SEE Attachment"
due to a sexual assault

Wherefore, Plaintiff demands judgment against Defendant in the sum of $_____ with interest and costs.

Phone: _____

DISTRICT OF COLUMBIA, ss

April Tanter _____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

_____ (Plaintiff)   Agent

Subscribed and sworn to before me this 4th day of October, 2005

_____ (Notary Public/Deputy Clerk)

FORM CV-1013/ Nov 00

Superior Court of the District of Columbia<br>
Civil Division<br>
500 Indiana Avenue, N.W., Room JM-170<br>
Washington, D.C. 20001 Telephone: 879-1133

I April Tanter work for the National Park Service (NPS) at the Department of the Interior (DOI) at 1849 C. Street N.W. Washington, D.C.

On November 11, 2002 I was sexually assaulted by Scotty Fox Jr. in the parking garage on the escalator where we had assigned parking at the Federal Reserve building. Mr. Fox works for the National Business Center (NBC) at the DOI. After he plead guilty and was convicted he was allowed to return back to work and continue to harass me at my new assigned parking area and working environment. His returning to work caused more stress to my emotional injury of post-traumatic stress disorder, which I received from the attack. I believe that his employer and the DOI help contribute to my stress disorder.

Please read the following complaint:

**Negligence from the NBC:**

Screening employees

Creating a hostile free workplace after being put on notice.

Employer knew of the sexual predator's previous misconduct and allowed him too continue to work at the DOI.

NBC supervisors told plaintiff to find a new location to work because they will never move Mr. Fox.

NBC made little and no effort to keep Mr. Fox away from the plaintiff after the attacked while parking and working. Plaintiff complained on numerous occasions of seeing attacker.

Employer knew Mr. Fox was a drug user and a sexual predator.

**Negligence of DOI:**

Creating a hostile free workplace after being put on notice.

Screening employee

Employer knew of Mr. Fox previous misconduct.

Employer knew Mr. Fox was a drug user and sexual predator.

Keeping Mr. Fox away from workplace and new parking space of the plaintiff.

Security at the DOI was aware of previous misconduct.

Security never offered plaintiff emergency medical assistance after being attacked and questioned. Security assisted Mr. Fox with immediate emergency medical care.

Case 1:05-cv-02419-RMU    Document 1    Filed 12/16/2005    Page 8 of 13

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

| | |
|---|---|
| APRIL TANTER<br>7113 Ora Gun Court<br>Greenbelt, MD 20770<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, D.C.<br><br>GALE NORTON<br>1849 C Street, NW<br>Washington, D.C.<br><br>NATIONAL BUSINESS CENTER<br>1849 C Street, NW<br>Washington, DC<br><br>   Defendants. | Civil Action No. 05-0008020 |

**NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION**

TO: April Tanter
   7113 Ora Gun Court
   Greenbelt, MD 20770

PLEASE TAKE NOTE that on December 16, 2005, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), and 1446. Accordingly, the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

Respectfully Submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
MADELYN E. JOHNSON, D.C. BAR #
Assistant United States Attorney
555 4th Street, N.W., Room E4114
Washington, D.C.  20530
(202) 514-7135

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APRIL TANTER<br>7113 Ora Gun Court<br>Greenbelt, MD 20770<br><br>      Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR<br>1849 C Street, NW<br>Washington, D.C.<br><br>GALE NORTON<br>1849 C Street, NW<br>Washington, D.C.<br><br>NATIONAL BUSINESS CENTER<br>1849 C Street, NW<br>Washington, DC<br><br>      Defendants. | Civil Action No. |

## **CERTIFICATION**

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>April Tanter v. Department of the Interior, Gale Norton and National Business Center</u>, now pending in the Superior Court of the District of Columbia, Civil Division, Civil Action No. 05-0008020 (filed October 4, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendant Gale Norton was acting within the scope of

her employment as an employee of the United States at the time of the alleged incidents.

December 16, 2005

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2005, I caused copies of the foregoing Notice of Removal and Notice of Filing Notice of Removal of a Civil Action to be served upon plaintiff via first class mail, postage prepaid:

>April Tanter
>7113 Ora Gun Court
>Greenbelt, MD 20770

>MADELYN E. JOHNSON
>Assistant United States Attorney