# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

APRIL TANTER,                                   )
                                            )
     Plaintiff,               )
                                            )
v.                                              )    Civil Action No.  05-2419 (RMU)
                                            )
DEPARTMENT OF THE INTERIOR                      )
    et al.,                       )
                                            )
     Defendants.              )
_____ )

## MOTION FOR EXTENSION OF TIME
## TO ANSWER, MOVE, OR OTHERWISE RESPOND
## TO THE COMPLAINT

Defendants, by and through the undersigned, respectfully request an enlargement of time within which to answer, move, or otherwise respond to the complaint in the above-captioned case until January 28, 2006.  In support of this motion, defendants state the following:

1.  Plaintiff, April Tanter, is an employee of the National Park Service in the Department of the Interior.  She brought this action, *pro se*, in the Superior Court of the District of Columbia on October 4, 2005 against the federal defendants.  Service under Fed. R. Civ. P. 4(i), including service on the United States Attorney for the District of Columbia, was not accomplished.

2.  In her complaint, plaintiff alleges that she was attacked by an employee of the National Business Center in the parking garage where they were assigned parking.  She alleges that subsequently, she was subject to a hostile work environment due to the assault and that the defendants were negligent in failing to protect the plaintiff from any further contact with the employee who assaulted her.  Thus, the complaint appears to allege claims that would fall exclusively within Title VII of the Civil

Rights Act of 1964, as amended, 42 U.S.C.A. § 2000e *et seq.*, and/or the Federal Tort Claims Act,

28 U.S.C. §§ 1346(b), 2671 *et seq.*, and/or the Federal Employees' Compensation Act, 5 U.S.C.

§ 8101 *et seq.*

3.  Accordingly, on December 16, 2005, defendants removed this matter to the United States

District Court for the District of Columbia.   Pursuant to Fed. R. Civ. P. 81(c), defendants could be

required to respond to the complaint on or before December 23, 2005.

4.  Defendants anticipate filing a dispositive motion in response to the complaint.  Discussions

with employees within the Department of the Interior indicate that the complaint may be dismissed for

lack of subject matter jurisdiction,  failure to exhaust administrative remedies, failure to state a claim or

as untimely.  Defendants, however, need additional time to investigate the facts, obtain declarations in

support of their motion and brief the legal support for their arguments to the Court.  The intervening

holidays and absence of key individuals who have knowledge of pertinent matters in this case also

require that defendants seek additional time to prepare and file their motion.

5.  On December 16, 2005, undersigned counsel spoke with Ms. Tanter and advised her that

defendants anticipate filing a dispositive motion in response to the complaint and that they would be

seeking additional time within which to do so.  Ms. Tanter did not state whether she would consent to

or oppose the instant motion for extension of time.[1]

---

[1] On November 28, 2005, Judge Neal E. Kravitz of the Superior Court granted plaintiff until December 15, 2005 within which to amend her complaint to add the United States Attorney's Office, the Attorney General, and the Mayor of the District of Columbia as party defendants.  No such amended complaint was filed and on December 16, 2005, plaintiff advised undersigned counsel that her intent was to identify these officials only for the purpose of service under Rule 4, and not to include them as defendants in the case.  Accordingly, defendants do not anticipate an amended complaint.

WHEREFORE, defendants respectfully request that this motion for extension of time to and including January 28, 2006 be granted.  A proposed order accompanies this motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney


_____/s/_____
MADELYN E. JOHNSON, DC Bar #292318
Assistant United States Attorney
U.S. Attorney's Office – E4114
555 4th Street, N.W.
Washington, D.C.  20530
*(202) 514-7135*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of December, 2005, I caused the foregoing Motion

to be served upon pro se plaintiff  through filing with the United States District Court's ECF system and

by mail addressed:

Ms. April Tanter
7113 Ora Gun Court
Greenbelt, MD 20770

_____
MADELYN E. JOHNSON
Assistant United States Attorney
Judiciary Center Bldg.
555 Fourth Street, N.W., Rm E4114
Washington, D.C. 20530
(202) 514-7135