UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APRIL TANTER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE INTERIOR )<br>    et al., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 05-2419 (RMU) |

PROPOSED ORDER

UPON CONSIDERATION of defendants' motion for extension of time to answer, move, or otherwise respond to the complaint in this case, any response thereto, and the record in the case, it is hereby

ORDERED that the motion should be, and hereby is, GRANTED. Defendants shall have to and including January 28, 2006 within which to respond to the complaint.

_____
HON. RICARDO M. URBINA
United States District Judge

Serve:

Madelyn E. Johnson  
Assistant U.S. Attorney  
555 4th Street, N.W. – E4114  
Washington, D.C. 20530

April Tanter  
7113 Ora Gun Court  
Greenbelt, MD 20770