## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APRIL TANTER, )<br>    Plaintiff, )<br>        v. )<br>)<br>)<br>GALE NORTON, DEPARTMENT )<br>OF THE INTERIOR, )<br>)<br>    Defendant. )<br>) | Civil Action No. 05-2419 (RMU) |

### DECLARATION

I, Perri Rothemich, make this declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746. I am aware that this declaration may be filed in the United States District Court for the District of Columbia, and that it is the legal equivalent of a statement under oath.

1. I am an Attorney-Advisor with the Division of General Law, Office of the Solicitor, United States Department of the Interior, 1849 C Street, N.W., Washington, D.C. 20242. I have been so employed since September, 2003.

2. As part of my duties, I administer and review the database of claims submitted to the Department of the Interior, Assistant Solicitor for Acquisitions and Intellectual Property under the Federal Tort Claims Act, 28 U.S.C. §2671, et. seq, the Indian Self Determination Act, 25 U.S.C. §450, 450g, and their corresponding regulations.

3. I have reviewed the official Federal Tort Claims Act records and database compiled in this office.

4. Upon review, I did not locate a SF-95 Claim for Damage, Injury or Death submitted to the Assistant Solicitor, Acquisitions and Intellectual Property, Office of the Solicitor, U.S. Department of the Interior, for APRIL TANTER. In addition, the database for the National Park Service did not indicate that a Claim for Damage, Injury or Death form was submitted to this office on behalf of APRIL TANTER.

I hereby declare under the penalty of perjury that the foregoing is true and correct based upon my knowledge, information and belief, and based upon information provided by employees

of the United States Department of the Interior and records maintained by that Agency.

JAN 2 5 2006
Date

Perri S. Rothemich
Attorney/Advisor
Division of General Law
U.S. Department of the Interior
Office of the Field Solicitor
1849 C Street, N.W., MS 7308
Washington, D.C.   20242