# Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation

**U.S. Department of Labor**
Employment Standards Administration
Office of Workers' Compensation Programs

Employee: Please complete all boxes 1 - 15 below. Do not complete shaded areas.
Witness: Complete bottom section 16.
Employing Agency (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

## Employee Data

**1. Name of employee (Last, First, Middle):** Tanter, April R.

**2. Social Security Number:** [redacted]

**3. Date of birth:** [redacted]

**4. Sex:** ☑ Female

**5. Home telephone:** [redacted]

**6. Grade as of date of injury:** Level 7 Step 1

**7. Employee's home mailing address (include city, state, and ZIP code):** 7113 ORA Glen Court, Greenbelt, MD 20770

**8. Dependents:** ☑ Children under 18 years

## Description of Injury

**9. Place where injury occurred:** Parking garage for the D.O.I. @ the Federal Reserve, on escalator

**10. Date Injury occurred:** 11-12-02  ☑ a.m.

**11. Date of this notice:** 03-10-02

**12. Employee's occupation:** Budget Secretary

**13. Cause of injury (Describe what happened and why):** I was leaving my car to come to work when Scotty Fox followed me into the escalator room and sexually assaulted me.

**14. Nature of injury** (Identify both the injury and the part of body, e.g., fracture of left leg)

## Employee Signature

**15.** I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

☑ b. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

☑ a. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Workers' Compensation Programs (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

**Signature of employee or person acting on his/her behalf:** April Tanter   **Date:** 3/24/03

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

Have your supervisor complete the receipt attached to this form and return it to you for your records.

## Witness Statement

**16. Statement of witness** (Describe what you saw, heard, or know about this injury)

| Name of witness | Signature of witness | Date signed |
|---|---|---|
| Address | City | State | ZIP Code |

Form CA-1
Rev. Apr. 1999

**Official Supervisor's Report:** Please complete information requested below:

### Supervisor's Report

**17.** Agency name and address of reporting office (include city, state, and zip code)
DEPARTMENT OF THE INTERIOR/NATIONAL PARK SERVICE
18th & C STREETS NW
WASHINGTON D.C.           ZIP Code: 20240

OWCP Agency Code: 7107AQ
OSHA Site Code:

**18.** Employee's duty station (Street address and ZIP code)
as above, in Room 2711

**19.** Employee's retirement coverage  ☐ CSRS  ☒ FERS  ☐ Other, (identify)

**20.** Regular work hours From: 7:45 ☒ a.m. ☐ p.m.  To: 5:15 ☐ a.m. ☒ p.m.

**21.** Regular work schedule — EVERY OTHER FRIDAY OFF
☐ Sun. ☒ Mon. ☒ Tues. ☒ Wed. ☒ Thurs. ☒ Fri. ☐ Sat.

**22.** Date of Injury: 11/12/02
**23.** Date notice received: 11/12/02
**24.** Date stopped work: 12-12-02  Time: ☐ a.m. ☐ p.m.
**25.** Date pay stopped: N/A
**26.** Date 45 day period began:
**27.** Date returned to work:  Time:
Ms. [Gantzer?] has missed 58 hours since 12/12/02 due to the incident

**28.** Was employee injured in performance of duty? ☐ Yes ☒ No (If "No," explain)
INJURY INCURRED ON WAY TO OFFICE AFTER PARKING CAR

**29.** Was injury caused by employee's willful misconduct, intoxication, or intent to injure self or another? ☐ Yes (If "Yes," explain) ☒ No

**30.** Was injury caused by third party? ☒ Yes ☐ No (If "No," go to Item 32.)

**31.** Name and address of third party (include city, state, and ZIP code)
UNKNOWN TO ME

**32.** Name and address of physician first providing medical care (include city, state, ZIP code)
WALTER P. BLAND (HOWARD UNIV HOSPITAL)
2041 GEORGIA AVE N.W.
WASHINGTON D.C. 20060

**33.** First date medical care received: 12-12-02

**34.** Do medical reports show employee is disabled for work? ☒ Yes ☐ No

**35.** Does your knowledge of the facts about this injury agree with statements of the employee and/or witnesses? ☒ Yes ☐ No (If "No," explain)

**36.** If the employing agency controverts continuation of pay, state the reason in detail.
N/A

**37.** Pay rate when employee stopped work: $ N/A Per

### Signature of Supervisor and Filing Instructions

**38.** A supervisor who knowingly certifies to any false statement, misrepresentation, concealment of fact, etc., in respect of this claim may also be subject to appropriate felony criminal prosecution.

I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

Name of supervisor (Type or print): JAMES A. GIAMMO
Signature of supervisor: [signed]   Date: 3/24/03
Supervisor's Title: NPS BUDGET OFFICER   Office phone: 202-208-4280

**39.** Filing instructions:
☐ No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D)
☐ No lost time, medical expense incurred or expected: forward this form to OWCP
☐ Last time covered by leave, LWOP, or COP: forward this form to OWCP
☐ First aid injury

Form CA-1,  Rev. Apr. 1999

March 13, 2003

To Whom It May Concern:

It is my understanding that the perpetrator of the November 12, 2002, incident, that has caused Ms. April Tanter's periodic absences since then, pled guilty to the charges in court on February 26, 2003, and will receive sentencing on March 14.

It is my belief that any delay in submitting this Notice was due to the intermittent nature of Ms. Tanter's trauma, and some confusing advice provided to her relative to charging her time off to advanced leave and then having that leave waived at a later time.

If there is anything else needed of me in this matter, please call me at 202-208-4280.

James A. Giammo
National Park Service Budget Officer and supervisor of April Tanter

```
02/02/06              ** FEDERAL PERSONNEL/PAYROLL SYSTEM **                    PJ200M3
13:56:43                      * T&A VIEW SCREEN *                               PJ200N3
COMMAND:        <=================================================<<<<<<<
NAME: TANTER, APRIL RENEE         SSN: ███████████           PP: 0326 11/30/03
DEPT: IN  BUR: 10  SUBBUR: WO  ORG: 0010                              12/13/03
************************************************************************
REVIEW INFORMATION AND PRESS ENTER.
TO ACCESS NEGOTIATED RATE OR MESSAGE CODE, TYPE 'X' IN FIELD AND PRESS ENTER.
TYPE 'X' TO ACCESS MESSAGES: _     TYPE 'X' TO ACCESS LEAVE FROM/TO TIMES: _
REROUTE NET CHECK CODE: N    ADVANCE LEAVE (Y/N): N     MESSAGE CODE: _
   PAY  N 2 S E WK                                      C
   CDE  R R C H IN  SUN  MON  TUE  WED  THUR  FRI  SAT  K   COST STRUCTURE

   160  _       1        0900 0900 0900 0800            1   0010    SYB
   161  _       1 0800                         0800     1   0010    SYB
   160  _       2        0900 0900 0900 0900  0900      1   0010    SYB
   161  _       2 0800                         0800     1   0010    SYB

   PG 1/1   DAY TOT: 1600 1800 1800 1800 1700 0900 1600    (BOTH WEEKS)
   WEEK 1 TOTAL: 5100     WEEK 2 TOTAL: 6100    BIWEEKLY TOTAL: 11200
                          CERTIFIED BY: GIAMMO, JAMES A. 12/16/03
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
NEXT  HELP        ESC   MAIN        TLVW        DOWN                      EXIT
```