# Numerical Index

| Code | Description | Page |
|------|-------------|------|
| 010 | Regular Time | 21-1 |
| 012 | Regular Time Paid at Time and a Half | 21-1 |
| 020 | Annual Leave - Used | 4-4 |
| 024 | Annual Leave in Lieu of FECA – Used | 4-5 |
| 025 | Annual Leave in Lieu of Sick – Used | 4-5 |
| 02F | Annual Leave - Advanced - Used (Leave Share ONLY) | 4-6 |
| 030 | Sick Leave – Used | 23-3 |
| 034 | Sick Leave in Lieu of FECA – Used | 23-4 |
| 038 | Sick Leave in Lieu of Adoption - Used | 23-4 |
| 03F | Sick Leave Advanced - Used (Leave Share ONLY) | 23-4 |
| 040 | Compensatory Time – Earned | 5-1 |
| 041 | Compensatory Time - Used | 5-2 |
| 043 | Religious Compensatory Time – Used | 5-2 |
| 045 | Religious Compensatory Time – Earned | 5-2 |
| 046 | Compensatory Time Off for Travel – Earned | 5-3 |
| 047 | Compensatory Time Off for Travel - Used | 5-3 |
| 048 | Compensatory Time - Callback | 5-3 |
| 050 | Holiday Pay - Not Worked | 12-1 |
| 051 | Holiday Worked | 12-1 |
| 055 | Holiday Pay – Callback | 12-2 |
| 060 | Administrative Leave - Other - Used | 2-1 |
| 061 | Administrative Leave - Weather – Used | 2-1 |
| 068 | Administrative Leave - Blood Donation – Used | 2-1 |
| 069 | Administrative Leave - Court - Used | 2-2 |
| 06A | Administrative Leave - Sick – Used | 2-2 |
| 070 | Regular Military Leave – Used | 16-1 |
| 072 | Law Enforcement Military Leave - Used | 16-1 |
| 074 | DC National Guard Military Leave - Used | 16-1 |
| 081 | Restored Annual Leave - Used | 4-7 |
| 083 | Shore Leave - Used | 22-1 |
| 085 | Home Leave - Used | 13-1 |
| 087 | Shore Leave - Creditable Days | 22-2 |
| 08A | Restored Annual Leave in Lieu of Family - Adopt - Used | 4-8 |
| 08B | Restored Annual Leave in Lieu of Family - Birth - Used | 4-8 |
| 08F | Restored Annual Leave in Lieu of Family - Family Illness - Used | 4-8 |
| 08S | Restored Annual Leave in Lieu of Family - Medical Self - Used | 4-9 |
| 090 | Environmental/Hazard Pay - Worked | 7-1 |
| 091 | Environmental/Hazard Pay - Not Worked | 7-2 |
| 092 | Environmental/Hazard Differential Overtime | 7-2 |
| 093 | Environmental/Hazard Differential Overtime - Not Worked | 7-2 |
| 094 | Environmental/Hazard Differential Sunday Overtime | 7-2 |
| 095 | Environmental/Hazard Differential Sunday Overtime - Not Worked | 7-2 |
| 096 | Environmental/Hazard Differential Holiday | 7-2 |
| 097 | Environmental/Hazard Differential Holiday - Not Worked | 7-2 |
| 098 | Environmental/Hazard Differential Sunday Premium | 7-2 |

May 2005 | **T&A Pay Codes Manual**
*Payroll Operations Division*

| | | |
|---|---|---|
| 101 | Leave Without Pay - Used | 15-1 |
| 102 | Absence Without Leave - Used | 1-1 |
| 103 | Furlough - Used | 11-1 |
| 104 | Suspension Leave - Used | 24-1 |
| 10A | Leave Without Pay in Lieu of Family - Adopt - Used | 15-1 |
| 10B | Leave Without Pay in Lieu of Family - Birth - Used | 15-2 |
| 10F | Leave Without Pay in Lieu of Family - Family Illness - Used | 15-2 |
| 10S | Leave Without Pay in Lieu of Family - Medical Self - Used | 15-2 |
| 110 | Overtime Pay - Regular | 18-2 |
| 111 | Overtime Pay - Callback | 18-2 |
| 113 | Overtime Pay - Emergency | 18-3 |
| 116 | Overtime Pay - Paid at Regular Rate | 18-3 |
| 117 | Overtime Pay - FLSA Only | 18-3 |
| 118 | Overtime Pay - Meal Break | 18-3 |
| 11U | Regularly Scheduled Overtime Pay (Part of Tour of Duty) | 18-4 |
| 120 | Overtime Pay - Holiday | 18-3 |
| 121 | Overtime Pay - Sunday | 18-3 |
| 122 | Overtime Pay - Sunday Callback | 18-4 |
| 124 | Overtime Pay - Excess Over 8 Hours | 18-4 |
| 125 | Overtime Pay - Non Workday Rotating Shift | 18-4 |
| 127 | Overtime Pay - Holiday Callback | 18-4 |
| 130 | Night Differential Pay | 17-1 |
| 131 | Night Differential Pay - Not Worked | 17-1 |
| 140 | Sunday Premium Pay - Worked | 20-1 |
| 150 | Premium Penalty Pay Compensate - Half Time | 20-2 |
| 151 | Premium Penalty Pay Compensate - Full-time | 20-2 |
| 152 | Premium Penalty Pay Compensate - Time and a Half | 20-2 |
| 153 | Premium Penalty Pay Not Worked Compensate - Half Time | 20-2 |
| 154 | Premium Penalty Pay Not Worked Compensate - Full-time | 20-2 |
| 155 | Premium Penalty Pay Not Worked Compensate - Time and A Half | 20-2 |
| 156 | Scheduled Overtime/Holiday Not Worked Compensate - Time and A Half | 20-2 |
| 157 | Premium Penalty Pay Compensate - Double Time | 20-2 |
| 158 | Premium Penalty Pay Not Worked Compensate - Double Time | 20-2 |
| 160 | FECA/COP - Paid (1st Occurrence) | 10-1 |
| 161 | FECA/COP - Unpaid (1st Occurrence) | 10-2 |
| 162 | FECA/OWCP - Paid (1st Occurrence) | 10-2 |
| 164 | FECA/COP - Paid (2nd Occurrence) | 10-1 |
| 165 | FECA/COP - Unpaid (2nd Occurrence) | 10-2 |
| 166 | FECA/COP - Paid (3rd Occurrence) | 10-1 |
| 167 | FECA/CCP - Unpaid (3rd Occurrence) | 10-2 |
| 168 | FECA/COP - Paid (4th Occurrence) | 10-1 |
| 169 | FECA/COP - Unpaid (4th Occurrence) | 10-2 |
| 16A | FECA/COP - Light Duty - Paid (1st Occurrence) | 10-3 |
| 16B | FECA/COP - Light Duty - Paid (2nd Occurrence) | 10-3 |
| 16C | FECA/COP - Light Duty - Paid (3rd Occurrence) | 10-3 |
| 16D | FECA/COP - Light Duty - Paid (4th Occurrence) | 10-3 |
| 16E | FECA/COP - Light Duty - Paid (5th Occurrence) | 10-3 |
| 16F | FECA/COP - Light Duty - Paid (6th Occurrence) | 10-3 |

| Code | Description | Page |
|---|---|---|
| 16G | FECA/COP - Light Duty - Paid (7th Occurrence) | 10-3 |
| 16H | FECA/COP - Light Duty - Paid (8th Occurrence) | 10-3 |
| 16I | FECA/COP - Light Duty - Paid (9th Occurrence) | 10-3 |
| 16J | FECA/COP - Light Duty - Paid (10th Occurrence) | 10-3 |
| 16K | FECA/COP - Light Duty - Paid (11th Occurrence) | 10-3 |
| 16L | FECA/COP - Paid (5th Occurrence) | 10-1 |
| 16M | FECA/COP - Unpaid (5th Occurrence) | 10-2 |
| 16N | FECA/COP - Paid (6th Occurrence) | 10-1 |
| 16P | FECA/COP - Unpaid (6th Occurrence) | 10-2 |
| 16Q | FECA/COP - Paid (7th Occurrence) | 10-1 |
| 16R | FECA/COP - Unpaid (7th Occurrence) | 10-2 |
| 16S | FECA/COP - Paid (8th Occurrence) | 10-1 |
| 16T | FECA/COP - Unpaid (8th Occurrence) | 10-2 |
| 16U | FECA/COP - Paid (9th Occurrence) | 10-1 |
| 16V | FECA/COP - Unpaid (9th Occurrence) | 10-2 |
| 16W | FECA/COP - Paid (10th Occurrence) | 10-1 |
| 16X | FECA/COP - Unpaid (10th Occurrence) | 10-2 |
| 16Y | FECA/COP - Paid (11th Occurrence) | 10-1 |
| 16Z | FECA/COP - Unpaid (11th Occurrence) | 10-2 |
| 211 | Vacation Leave - Used | 27-1 |
| 213 | Restored Vacation Leave - Used | 27-1 |
| 215 | School Vacation Leave - Used | 27-1 |
| 218 | Personal Leave - Used | 19-1 |
| 230 | Credit Hours - Earned | 6-1 |
| 231 | Credit Hours - Used | 6-1 |
| 30C | Time Off Award - Used | 25-1 |
| 810 | Adminstratively Uncontrolled Overtime | 3-1 |
| AFA | Annual Leave in Lieu of Family - Adopt - Used | 4-6 |
| AFB | Annual Leave in Lieu of Family - Birth - Used | 4-6 |
| AFF | Annual Leave in Lieu of Family - Family Illness - Used | 4-7 |
| AFS | Annual Leave in Lieu of Family - Medical Self - Used | 4-7 |
| ALR | Administrative Leave - Union/Labor Relations - Used | 2-2 |
| BOU | Bone/Marrow/Organ Donation (Sick Leave) - Used | 23-5 |
| COS | Change of Station Leave - Used | 2-2 |
| DL2 | FECA/OWCP - (2nd Occurrence) | 10-2 |
| DL3 | FECA/OWCP - (3rd Occurrence) | 10-2 |
| DL4 | FECA/OWCP - (4th Occurrence) | 10-2 |
| DL5 | FECA/OWCP - (5th Occurrence) | 10-3 |
| DL6 | FECA/OWCP - (6th Occurrence) | 10-3 |
| DL7 | FECA/OWCP - (7th Occurrence) | 10-3 |
| DL8 | FECA/OWCP - (8th Occurrence) | 10-3 |
| DL9 | FECA/OWCP - (9th Occurrence) | 10-3 |
| DLA | FECA/OWCP - (10th Occurrence) | 10-3 |
| DLB | FECA/OWCP - (11th Occurrence) | 10-3 |
| FFF | Family Friendly Leave - Funeral - Used | 8-2 |
| FFI | Family Friendly Leave - Family Illness - Used | 8-2 |
| FML | Family Medical Leave | 9-1 |
| LRD | Labor Relations - Dispute Resolution | 21-1 |

| | | |
|---|---|---|
| LRG | Labor Relations – General Labor Management Relations | 21-1 |
| LRM | Labor Relations – Mid-term Negotiations | 21-1 |
| LRT | Labor Relations – Term Negotiations | 21-1 |
| LS1 | Leave Share – Medical Self – Used – 1st Emergency | 14-1 |
| LS3 | Leave Share - Family – Used – 1st Emergency | 14-1 |
| LS5 | Leave Share – Medical Self – Used – 2nd Emergency | 14-2 |
| LS7 | Leave Share - Family – Used – 2nd Emergency | 14-2 |
| LSB | Leave Share in Lieu of Family - Birth – Used – 1st Emergency | 14-2 |
| LSD | Leave Share in Lieu of Family - Birth – Used – 2nd Emergency | 14-2 |
| LSF | Leave Share in Lieu of Family - Family Illness – Used – 1st Emergency | 14-3 |
| LSG | Leave Share in Lieu of Family - Family Illness – Used – 2nd Emergency | 14-3 |
| LSS | Leave Share in Lieu of Family - Medical Self – Used – 1st Emergency | 14-3 |
| LSH | Leave Share in Lieu of Family - Medical Self – Used – 2nd Emergency | 14-3 |
| PFA | Personal Leave in Lieu of Family - Adopt - Used | 19-1 |
| PFB | Personal Leave in Lieu of Family - Birth - Used | 19-1 |
| PFF | Personal Leave in Lieu of Family - Illness - Used | 19-1 |
| PFS | Personal Leave in Lieu of Family - Medical Self - Used | 19-1 |
| SFA | Sick Leave in Lieu of Family - Adopt - Used | 23-5 |
| SFB | Sick Leave in Lieu of Family - Birth - Used | 23-5 |
| SFS | Sick Leave in Lieu of Family - Medical Self - Used | 23-5 |
| TRN | Training While in a Less Than 6 Month Appointment | 26-1 |
| VFA | Vacation Leave in Lieu of Family - Adopt - Used | 27-1 |
| VFB | Vacation Leave in Lieu of Family - Birth - Used | 27-2 |
| VFF | Vacation Leave in Lieu of Family - Family Illness - Used | 27-2 |
| VFS | Vacation Leave in Lieu of Family - Medical Self - Used | 27-2 |