UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APRIL TANTER, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF THE INTERIOR )<br>    et al., )<br>)<br>    Defendants. )<br>_____) | Civil Action No. 05-2419 (RMU) |

PROPOSED ORDER

UPON CONSIDERATION of Defendants' Motion to Dismiss the above-captioned case, any response thereto, and the record in the case, it is hereby

ORDERED that the motion should be, and hereby is, GRANTED; and it is further

ORDERED that this case shall be DISMISSED with prejudice.

_____
HON. RICARDO M. URBINA
United States District Judge

Serve:

Madelyn E. Johnson  
Assistant U.S. Attorney  
555 4th Street, N.W. – E4114  
Washington, D.C. 20530

April Tanter  
7113 Ora Gun Court  
Greenbelt, MD 20770