UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| APRIL TANTER, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 05-2419 (RMU) |
| | : | | |
| v. | : | Document No.: | 6 |
| | : | | |
| DEPARTMENT OF THE INTERIOR *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |
| | : | | |

# ORDER

### GRANTING THE DEFENDANTS' MOTION TO DISMISS

For the reasons stated in the court's Memorandum Opinion separately and contemporaneously issued this 1st day of June, 2006, it is hereby

**ORDERED** that the defendants' motion to dismiss the plaintiff's complaint is **GRANTED.**

**SO ORDERED**.

                                              RICARDO M. URBINA
                                            United States District Judge